# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                   :   No. 177

REACCREDITATION OF THE    :
NATIONAL BOARD OF TRIAL     :   DISCIPLINARY RULES DOCKET
ADVOCACY AS A CERTIFYING   :
ORGANIZATION FOR CIVIL AND   :
CRIMINAL TRIAL ADVOCACY    :

## ORDER

*PER CURIAM*

**AND NOW**, this 27th day of March, 2019, upon consideration of the recommendation of the Pennsylvania Bar Association Review and Certifying Board, the National Board of Trial Advocacy is hereby reaccredited as a certifying organization for civil trial advocacy and criminal trial advocacy, for a period of five years commencing June 1, 2019.